FILED

06/26/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0336

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0336

CITY OF GREAT FALLS,

      Plaintiff and Appellee,

  v.

CODY JAMES SNIDER,

      Defendant and Appellant.

# GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until July 29, 2020, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 26 2020